1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                  No. C 12-2802 SI (pr)

ERIC LIGHTER,                                    **JUDGMENT**

            Plaintiff/Petitioner.

_____ /

This action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 18, 2012                        _____
                                                        SUSAN ILLSTON
                                                        United States District Judge