ERIC LIGHTER
12010880/EBN727
SANTA CLARA MAIN JAIL #242E
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110



FILED
AUG X 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. GRAND JURIES ("GJ")

U.S. DISTRICT COURT ("USDC")

NORTHERN DISTRICT OF CALIFORNIA ("NDCA")

| | | |
|---|---|---|
| In re: KENNETH BONANO, et al. | CV12-2802 SI (PR) (GJ Case No.2) | RESPONSE TO ORDER OF |
| WILLIAMS v. HAAG, et al. | CV12-3310 SI (PR) | DISMISSAL, RE: CONFESSION; |
| | | EXHIBITS |

TO: FOREPERSON OF MOST RECENTLY EMPANELED GJ FOR NDCA, the herein to be delivered by NDCA GJ Clerk.

### RESPONSE TO ORDER OF DISMISSAL, RE: CONFESSION

COMES NOW, ERIC LIGHTER, pro se ("Lighter") and hereby submits the following response to Order of Dismissal, filed 7-18-2012 ("Order") and Judgment also filed 7-18-2012, both received 7-24-2012.

Lighter ("I") filed a Presentment Request 5-7-2012 ("PR"), but only as a case that was intended as a forum to present my felony confessions from. In fact, this case was not even docketed until 6-1-2012, and on 5-28-2012 Lighter made his felony confession to the NDCA Grand Juries in the sister GJ case before the Hon. Judge E.J. Davila. I filed that NDCA GJ confession in the herein on 6-18-2012, see Presentment Motion; I filed Addenda therefrom on 6-20-2012, 6-25-2012, 6-26-2012, 6-27-2012, 7-2-2012, plus on 7-12-2012 my Response to Motion to Consolidate, plus various letters. Moreover, my caption always first named the Grand Juries as the venue, at the USDC, NDCA location. Therefore, said PR was never intended to be or requested to be a civil case. I cooperated with the Court's paperwork it requested, but said Presentment Motion moved this Court to convert this case into a criminal case especially pursuant to my confession which is the sole property of the NDCA Grand Juries. Moreover, now I

1

have bonded the GJ to cover their costs of investigating said PR AND confession, thus underwriting in part said GJ. This bonding is shared with San Jose and comes from:

a. 25% of the expected $3,500.00 rent from an Oregon ranch/factory, see Third Addendum, etc., dated 7-20-2012, U.S. v. Cermak, et al., 1:12-CV-0063-CL, USDC, OR-Med, to be paid monthly, c/o Judge Illston herein, rent assignment dated 7-14-2012;

b. Bill of Sale for a portion of the claims of Lawrence Williams described and implied in Williams v. Haag, et al., CV12-3310-SI (PR), USDC, NDCA, see attached Bill of Sale; and

c. said confession itself, since it is property of the Grand Juries.

Such property of the Grand Juries of NDCA is an "underlying property or liberty interest that gives one a right to due process", Order, p.3. My clear mission herein has not been and is not to merely report or present my allegations to the GJ, but rather to deliver my confession, to joining Bonano, et al., to the GJ.

Further, the GJ are not per se an Article III Court, but rather a body in part only supervised by the Court but independent therefrom. My injury in having my confession tampered with, blocked and thwarted is sacrificed Christian purity (religious discrimination), and the damages to me, as a co-victim, from continued corruption, coverup of corruption, and retaliation by my "partners" Bonano, et al.; which is a strong connection between injury and the bad conduct. The injury will likely be redressed by a favorable decision, which decision has only the lower "probable cause" standard to be applied by the GJs.

I also object to the unilateral change of the case name from In re: Bonano, et al., and case remaining a civil case rather than being converted to a criminal case, since the GJ only have jurisdiction over felonies. Thus all the filed "addenda" was focused on explaining and proving the subject felonies that support said confession. The importance is that the U.S. Constitution Fifth Amendment requires all felonies to be first processed through the GJ, whether by Presentment or Indictment, not the Court. If only the

2

Court or prosecutor approved confession, or none ever reach the GJs, then how is the GJ independent from the Court or prosecutor except as their puppet? The result is systemic defilement of the judicial process. All it requires is one such puppet show to prove the system fails and all cases are suspect and require review, regardless of what stage a case is at. Certainly all plea agreement are now "dirty" confessions.

Bonano was the sole GJ witness against Lighter, and extensively and/or materially lied to the GJ, and at trial, as did AUSA O'Reilly and Wong, whether directly or by omission or by tampering with the evidence. Save for their crimes and deceptions against Lighter and the Courts, Lighter would be exonerated. Yet Lighter joined them in their crimes, but in a defiled system. Lighter did not ask for this case, and hereby submits his Presentment charges and confession herein, in duplicate form, directly to the Court in its role as a supervisor of the NDCA Grand Juries irrespective of the outcome of the instant case; but said duplicate charges and confession are the sole property of the NDCA Grand Juries. The duplicate case is entitled In re: Bonano, et al., GJ Case No. 3, and includes the charges against Bonano, et al. of felony threat(s) against Lighter, et al. in attempts to halt Lighter from reporting and confessing to the GJ regarding Bonano, et al. Said threat(s) caused a material witness conflict and resulting removal of Mary Conn as my attorney in U.S. v. Lighter, CR No. 05-215 EJD; docket no. 324, filed 7-9-2012 under seal. In fact, said Order herein is strikingly silent regarding confessions, especially Lighter's confession. My confession is to joining the charges made by me against Kenneth Bonano, Katherine Wong and Charles O'Reilly as described herein, plus in In re: Bonano, et al., GJ Case No. 1, and U.S. v. Lighter, both USDC, NDCA, San Jose.

Said silence, in said Order, on the subject of confessions is due to confessions being an inalienable right as detailed in my 6-27-2012 Fourth Addendum, etc. herein, along with the explanation of how plea agreement allocutions are confessions and most NDCA criminal cases are resolved with pleas, "One proof of the systemic defiling

3

nature of the defiling of NDCA is that Lighter's charges and confession is to and for ALL NDCA Grand Juries, yet neither charges nor confession are before ANY NDCA Grand Juries."

Lighter faces religious discrimination from Bonano, et al. as noted above, and perhaps from this Court, including for agreeing with Mr. Williams' protest of abortion (albeit with exceptions) as legal amputation via suing to have both his legs amputated.[1] Such religious discrimination is akin to a hate crime and as such is added to the charges against Bonano, et al.

The blocking, thwarting and otherwise tampering with Lighter's felony confession is fraud on the Grand Juries and/or the Court, and perhaps even by the Court itself, Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 218, 64 S.Ct. 997 (1944), "Truth needs no disguise." Prejudice is not an element of fraud on the Court, nor should the effectiveness of such fraud be allowed to be disputed, but rather such fraud is that which harms the judicial process. Id., also K.W. Thompson Tool Co., 62 F.2d 1128, 1132-33 (CA9, 1995).

Lighter asks this Court to view the instant Response as a Motion to Reconsider said Order, and deny said Motion so that Lighter can accurately state:
1. In re: Bonano, et al., GJ Case No. 2 had its felony confession denied by this Court, and In re: Bonano, et al., GJ Case No. 3 is actively still trying to get said felony confession be given the same respect as any other allocution, including from plea agreements in the NDCA, and all other confessions; except those other "puppet show" confessions. and the like.

---

[1] Williams wants his legs sent to Pres. Obama as the "worldwide leader of the abortion movement."

DATED: 7-26-2012.

ERIC LIGHTER

4

ORIGINAL

## BILL OF SALE

On this 14th day of July, 2012, Mighty God Foundation, a Hawaii unincorporated association type irrevocable trust wholly owned subsidiary of Diamond Credit Bureau, Inc., a Hawaii corporation, both of whose address is P.O. Box 1085, Volcano, Hawaii 96785, "Seller", for $10.00 or equivalent value, and other good and valuable consideration hereby acknowledged as received, hereby grants, bargains and sells all right, title and interest in TEN PERCENT (10%) of the assets sold to Seller in the hereto original June 29, 2012 Bill of Sale, to ERIC LIGHTER, married, of P.O. Box 1085, Volcano, Hawaii 96785, for the sole purpose of bonding and underwriting the NDCA Grand Juries for their review and consideration of charges and confession of ERIC LICHTER, as directed by same, subject to the continued consent of Seller.

MIGHTY GOD FOUNDATION

By E.Lyle Its Trustee

ERIC LIGHTER

5

ORIGINAL

## BILL SALE

On this 29th of June, 2012, Lawrence Williams, Single, of San Jose, California, "Seller" from Mighty God Foundation, a Hawaii Unincorporated Association, of P.O. Box 1085, Volcano Hawaii 96785 for $10.00 or equivalent value, and other good and valuable consideration hereby acknowledged as Received, Hereby grants, bargains and sells all rights title and interest in and to Eighty Seven and one half percent (87½%) of any and all claims, Recoveries and Rights, Privileges and interests described in, or implied in Williams v. Haag, et al, CV12-3316 SI (PR), USDC, NDCA, to Mighty God Foundation. This Request I make in defence of the Babies for the Purpose of Saving Babies from Abortion.

I make this commitment under Penalty of Perjury and in the Name of the Lord Jesus Christ.

*Lawrence Williams*
Lawrence Williams

6

MEMO

TO: HON. WILLIAM ALSUP, USDC JUDGE, NDCA
HON. SUSAN ILLSTON, USDC JUDGE, NDCA

FROM: ERIC LIGHTER

DATE: 7-26-2012

RE: In re Bonano, et al., CV12-2802 SI (PR), USDC, NDCA GJ; GJ Case No. 2

Greetings,

Please have the appropriate clerk send me a filestamped copy of the enclosed in the stamped return envelope.

Thank you,

Eric Lighter

ERIC LIGHTER

ERIC LICHTER
12010880 EBN 727
SANTA CLARA MAIN JAIL # 292E
885 N. SAN PEDRO ST
SAN JOSE, CA 95110

LEGAL MAIL

County Jail Generated
Inmate Mail

9410 0234 8999

HONORABLE JUDGE WILLIAM ALSUP
US DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102