ERIC LIGHTER
1201880/EBN727
SANTA CLARA MAIN JAIL #242E
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110

FILED

AUG X 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. GRAND JURIES ("GJ")

U.S. DISTRICT COURT ("USDC")

NORTHERN DISTRICT OF CALIFORNIA ("NDCA")

| | |
|---|---|
| In re: KENNETH BONANO, et al. | CV12-2802 SI (PR) |
| aka In re: ERIC LIGHTER | GJ Case 2 and GJ Case 3 |
| WILLIAMS v. HAAG, et al. | CV12-3310 SI (PR) |

TO: FOREPERSON OF MOST RECENTLY EMPANELED GJ FOR NOCA, the herein to be delivered by NOCA GJ Clerk.

SECOND ADDENDUM TO ORDER OF DISMISSAL

COMES NOW, ERIC LIGHTER, pro se ("Lighter") and hereby supplements his 7-29-2012 Addendum, as follows; with a copy hereof requested to be sent to U.S. Attorney by the Court:

Bottom of page 3, add, "... to stop whistleblowing reporting to the Court. ..."

The Court is requested to put a copy hereof in GJ Case No. 3, c/o Hon. Judge Susan Illston, USDC, NOCA, entitled In re: Bonano, et al.

7-30-2012

*[signature]*
ERIC LIGHTER

ERIC LIGHTER
1020188016BN727
SANTA CLARA MAIN JAIL #242E
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110

LEGAL MAIL

**County Jail Generated**
**Inmate Mail**

HONORABLE JUDGE SUSAN ILLSTON
U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

9410236619

