**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                            No. C 12-2802 SI (pr)

ERIC LIGHTER,                           **ORDER**

             Plaintiff/Petitioner.

_____/

       Less than three months ago, the court dismissed this action for lack of subject matter jurisdiction because Lighter lacked standing to obtain the relief he requested, i.e., a grand jury investigation of the criminal prosecution against him.

       After the action was dismissed, two amendments to the complaint were filed to add new parties. (Docket # 12, # 13.) Those amendments are of no effect because (a) the action had already been dismissed and it was too late to amend the complaint, and (b) they were signed and sent by Lighter's jail-mate, Lawrence Williams, who is not a party to this action.

       Lighter also has filed several responses to the order of dismissal and several addenda to those responses. The court construes the several responses and addenda to be motions for reconsideration. Plaintiff's motions for reconsideration are DENIED because he has not presented newly discovered evidence, showed that the court committed clear error, or identified an intervening change in the law that affects this case. *See McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (en banc). (Docket #s 14-21.)

       Lighter should not file any more documents in this closed action.

       IT IS SO ORDERED.

Dated: September 10, 2012                       _____
                                                                      SUSAN ILLSTON
                                                             United States District Judge